RECEIVED
Aug 12, 2008
AUG 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MONTINEEZ WILLIAMS, )
SS# 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, )
 )
    Plaintiff, "Pro Se," ) No. _____
 )
v. ) Civil Action Complaint
 )
JO ANNE B. BARNHART, Commissioner ) **08CV4579**
of Social Security, ) **JUDGE PALLMEYER**
 ) **MAG. JUDGE NOLAN**
    Defendant. )

### COMPLAINT FOR JUDICIAL REVIEW
### OF COMMISSIONER OF SOCIAL SECURITY DECISION

    Comes now the plaintiff, MONTINEEZ WILLIAMS, "Pro Se," and with his action and Complaint for Judicial Review of the Decision of the Commissioner of Social Security, denying plaintiff's request for disability income. In support of foregoing complaint, plaintiff states as follows:

                                 I.

#### JURISDICTION

    This Court has jurisdiction over this action pursuant to Section 405(g) of Title 42 of the United State's Code [42 U.S.C.§405(g)].

                                 II.

#### VENUE

    Venue is proper in that, though plaintiff is currently an Illinois State Prisoner, confined at the Illinois Department of Correction's (IDOC's) Taylorville Correctional Center (TCC), at the time of plaintiff's request for disability compensation, and for all purposes of this action, plaintiff's permanent residence is: 7640 S. Chappel, Chicago, IL.

1

III.

## PARTIES

1. Plaintiff, MONTINEEZ WILLIAMS, WHOSE SOCIAL SECURITY NUMBER IS 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, currentl resides as an Illinois prisoner, confined at the Taylorville Correctional Center. Plaintiff's IDOC Register number is R-56466. Plaintiff prefers that all service which is to be made upon him during this action be made upon him at his place of confinement; however, for purposes of this litigation, plaintiff's permanent home address is 7640 S. Chappel, Chicago, IL. 60649.

2. Defendant, JO ANNE B. BARNHART, is the Commissioner of Social Security, established by law as found at Section 902 of Title 42 of the United State's Code (42 U.S.C.§ 902(a), and whose duties include, amongst others, the prescribing of such rules and regulations as the commissioner determines necessary or appropriate to carry out the functions of the Social Security Administration, including the denial and/or approval of claims for disability compensation and eligibility for disability, etc.

IV.

## STATEMENT OF RELEVANT FACTS

1. Plaintiff has suffered constant mild-to-moderate low back, mid-back, and upper-back pain since 1997. Plaintiff's condition was first observed while plaintiff was serving duties in the United State's Army, in 1997. Plaintiff's condition has worsened since its onset, and undergoing physical therapy for six-weeks back in 1997 only tended to aggravate plaintiff's condition. Plaintiff suffers constant stiffness in the back, has difficulty bending, lifting, carrying, prolonged standing and walking. Plaintiff is on medication for pain.

2

Plaintiff consulted with the Veterans Administration's "Westside" Chicago, Illinois hospital regularly prior to his being incarcerated. Plaintiff's last employment was in 2002.

2. Plaintiff first applied for disability on or about November 25, 2003, which, after processing by the administration, including medical consultation by administration-furnished physician, plaintiff's application was denied based upon "no disability found." Plaintiff appealed the decision of the Administrative Law Judge to the Office of Disability Adjudication and Review, and on June 05, 2008, the Appeals Council issued its Notice of affirming the action of the Administrative Law Judge denying plaintiff's application for disability compensation. Plaintiff now comes before this Honorable Court with his complaint for judicial review of the Social Security Administration's actions.

3. Attached hereto is a copy of the Notice of Appeals Council Action issued on June 05, 2008.

## V.

### ISSUES PRESENTED FOR JUDICIAL REVIEW

1. That the Administrative Law Judge erred when determining that plaintiff is not disabled within the meaning of the Social Security Act.

2. That the Administrative Law Judge erred in concluding that plaintiff is able to perform medium work, and therefore, is not disabled.

3. That the defendant's final decision to deny the plaintiff disability benefits is not supported by substantial evidence, in that, crucial evidence favoring plaintiff's claim to eligibility for benefits was wholly discarded by the administrative law judge.

]

WHEREFORE, plaintiff demands that:

1. that, on filing of an Answer by the defendant, Commissioner of Social Security, and the filing, as required by law, of a true and accurate and complete transcript of the administrative proceedings in this case, this Court review defendant's decision and final determination, reverse the same, and adjudge that plaintiff is entitled to the disability benefits in dispute under the Social Security Act;

2. the Court order the payment of plaintiff's costs by the defendant, and grant such other and further relief as is deemed just and proper.

Respectfully Submitted this August day of 7th, 2008, *Montineez Williams*
Plaintiff, Pro Se.
MONTINEEZ WILLIAMS #R56466
TAYLORVILLE C.C.
P.O. BOX 900
TAYLORVILLE, IL. 62568

## DECLARATION UNDER PENALTY OF PERJURY

I, MONTINEEZ WILLIAMS, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on this 7 day of August, 2008,
Accord 28 U.S.C. §1746

*Montineez Williams*
Declarant's Signature.

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MONTINEEZ WILLIAMS,            )
SS# 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,               )
                               )
        Plaintiff, "Pro Se,"   )    No._____
                               )
v.                             )
                               )
JO ANNE B. BARNHART, Commissioner )
of Social Security,            )
                               )
        Defendant.             )

## VERIFICATION OF SERVICE

   I, MONTINEEZ WILLIAMS, while under penalty of perjury under the laws of the United States of America hereby certify and verify that I have served a true and accurate and complete copy of the foregoing attached COMPLAINT FOR JUDICIAL REVIEW OF COMMISSIONER OF SOCIAL SECURITY DECISION   upon:  Attorney General of the
                              United States of America
                              Washington, DC. 20530

by placing said documents in an envelope with first class postage and request to the mailroom at the Taylorville Correctional Center that said mail be delivered by <u>Certified U.S. Postage</u> and depositing the same in the mail here at the Taylorville Correctional Center, Taylorville, IL. 62568, addressd to the above-mentioned party as indicated.

        Executed this  7  day of August, 2008,
Accord 28 U.S.C. §1746

                                    _Montinez Williams_
                                    Verificant
                                    MONTINEEZ WILLIAMS #R56466
                                    TAYLORVILLE CORR. CNTR.
                                    P.O. BOX 900
                                    TAYLORVILLE, IL. 62568

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MONTINEEZ WILLIAMS, )
SS# 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, )
    )
    Plaintiff, "Pro Se," ) No._____
    )
v.   )
    )
JO ANNE B. BARNHART, Commissioner )
of Social Security, )
    )
    Defendant. )

### VERIFICATION OF SERVICE

I, MONTINEEZ WILLIAMS, while under penalty of perjury under the laws of the United States of America hereby certify and verify that I have served a true and accurate and complete copy of the foregoing attached COMPLAINT FOR JUDICIAL REVIEW OF COMMISSIONER OF SOCIAL SECURITY DECISION upon: The Office of the United State's Attorney
Northern District of Illinois, Eastern Div.
Attention Civil Processs Clerk
219 So. Dearborn Street, Suite 500
Chicago, IL. 60604

by placing said documents in an envelope with first class postage and request to the mailroom at the Taylorville Correctional Center that said mail be delivered by Certified U.S. Postage and depositing the same in the mail here at the Taylorville Correctional Center, Taylorville, IL. 62568, addressd to the above-mentioned party as indicated.

            Executed this  7  day of August , 2008,
Accord 28 U.S.C. §1746

                                  _Montineez Williams_
                                  Verificant.
                                  MONTINEEZ WILLIAMS #R56466
                                  TAYLORVILLE CORR. CNTR.
                                  P.O. BOX 900
                                  TAYLORVILLE, IL. 62568

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONTINEEZ WILLIAMS,<br>SS# 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,<br><br>    Plaintiff, "Pro Se,"<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)    No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

### VERIFICATION OF SERVICE

I, MONTINEEZ WILLIAMS, while under penalty of perjury under the laws of the United States of America hereby certify and verify that I have served a true and accurate and complete copy of the foregoing attached COMPLAINT FOR JUDICIAL REVIEW OF COMMISSIONER OF SOCIAL SECURITY DECISION   upon: SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GENERAL COUNSEL, REGION V
200 W. ADAMS STREET, 30TH FLOOR
CHICAGO, IL. 60606
ATTN: LESLIE BRIGHT, REGIONAL CHIEF COUNSEL

by placing said documents in an envelope with first class postage and request to the mailroom at the Taylorville Correctional Center that said mail be delivered by <u>Certified U.S. Postage</u> and depositing the same in the mail here at the Taylorville Correctional Center, Taylorville, IL. 62568, addressd to the above-mentioned party as indicated.

Executed this 7 day of August, 2008,
Accord 28 U.S.C. §1746

_Montineez Williams_
Verificant.
MONTINEEZ WILLIAMS #R56466
TAYLORVILLE CORR. CNTR.
P.O. BOX 900
TAYLORVILLE, IL. 62568