UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONTINEEZ WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 C 4579 |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security, | ) | Judge Pallmeyer |
| | ) | |
| Defendant. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4163
    kurt.lindland@usdoj.gov

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security.  In accordance with Fed. R. Civ. P. 25(d)(1) and the last sentence of 42 U.S.C. § 405(g), Michael J. Astrue is, therefore, automatically substituted as the Defendant in this civil action, and no further action is necessary to continue this case.

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**Attorney Designation**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on September 5, 2008, to the following non-ECF filers:

Montineez Williams
#R56466
Taylorville Correctional Center
P.O. Box 900
Taylorville, Illinois 62568

 s/ Kurt N. Lindland
KURT N. LINDLAND
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163
kurt.lindland@usdoj.gov